# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE, SR.,

              Appellant,

vs.

THE STATE OF NEVADA; NDOC; AND CORRECTIONS CORPORATION AMERICA,

              Respondents.

No. 80346

**FILED**

JAN 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant appears to challenge the proceedings that occurred on December 17, 2019. The oral rulings made during the proceedings are ineffective and cannot be appealed. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). Accordingly, this court

ORDERS this appeal DISMISSED.

                          _____, J.
                          Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-02180

cc:    Hon. Linda Marie Bell, Chief Judge
       Victor Tagle, Sr.
       Attorney General/Carson City
       Eighth District Court Clerk